IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| ANDREW MACELROY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>EXP REALTY, LLC, a Washington limited liability,<br><br>Defendant. | CV 25–59–H–DLC<br><br><br>ORDER |

Pursuant to the Parties' Stipulation for Dismissal without Prejudice (Doc. 18), and good cause appearing,

IT IS ORDERED that the above-captioned matter is DISMISSED WITHOUT PREJUDICE.

IT IS FUTHER ORDERED that the parties shall bear and pay all costs and expenses incurred or to be incurred by them respectively in connection with the action.

DATED this 9th day of March, 2026.

Dana L. Christensen, District Judge
United States District Court